UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA McCANDLESS,    No. 08-14195

    Plaintiff,    District Judge Marianne O. Battani

v.    Magistrate Judge R. Steven Whalen

COUNTRYWIDE HOME LOANS, INC.,
ET AL.,

    Defendants.
_____/

**ORDER**

For the reasons and under the terms stated on the record on October 29, 2009, Plaintiff's Motion to Allow Discovery [Docket #55] is GRANTED. Plaintiff may depose Dr. Elias Dickerson and Dr. Shirely Ingram under the terms stated on the record. The depositions may be taken telephonically or by videoconferencing.

SO ORDERED.

    S/R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

Dated: October 29, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 29, 2009.

S/Gina Wilson
Judicial Assistant