UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDRA McCANDLESS,    No. 08-14195

    Plaintiff,    District Judge Marianne O. Battani

v.    Magistrate Judge R. Steven Whalen

STANDARD INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on September 4, 2013, Plaintiff's Motion to Strike IME Report or, in the alternative, Motion to Allow Discovery [Doc. #134] is GRANTED IN PART AND DENIED IN PART, as follows:

Plaintiff's motion to strike the IME report of Dr. Rosenbaum is DENIED.

Plaintiff's motion to allow discovery is GRANTED IN PART, only to the extent that Plaintiff may serve narrowly tailored interrogatories and documents requests on Dr. Rosenbaum, restricted to the issues relating to possible financial bias.

In all other respects, the motion to allow discovery is DENIED.

IT IS SO ORDERED.

Dated: September 4, 2013    s/ R. Steven Whalen
    R. STEVEN WHALEN
    UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 4, 2013, electronically and/or by U.S. mail.

    s/Michael Williams
    Case Manager to the
    Honorable R. Steven Whalen